**SO ORDERED.**

**Dated: March 21, 2014**

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ALFRED A. MOYA, a single man,<br><br>    Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a corporation sole; THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a corporation sole; THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF CORPUS CHRISTI, a corporation sole; OUR LADY OF GUADALUPE CHURCH & PARISH, an Arizona corporation; THE ESTATE OF FATHER CLEMENT A. HAGEMAN, deceased; JOHN DOE 1-l00;JANE DOE 1-100; and Black & White Corporations 1-100,<br><br>    Defendants. | Adversary No. 2:14-ap-00109-EPB<br><br>(formerly Coconino County Superior Court Case No. CV2010-00713)<br><br>(Chapter 11 case pending in the United States Bankruptcy Court for the District of New Mexico, Case No. 13-13676-t11)<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE** |

This matter came before the Court pursuant to the "Motion to Transfer Venue" [Dkt. No. 2] (the "**Motion**") filed on February 7, 2014 by the Roman Catholic Church of the Diocese of Gallup ("**RCCDG**"), a New Mexico corporation sole and the debtor and debtor-in-possession in the Chapter 11 reorganization case, Case No. 13-13676-t11 (the "**Reorganization Case**"), currently pending in the United States Bankruptcy Court for the District of New Mexico (the "**Home Court**"). As indicated in the "Certificate of Service and No Objection re: Motion to

| | |
|---|---|
| 1 | Transfer Venue" [Dkt. No. 7] (the "**CNO**") the deadline in which parties had to timely file a |
| 2 | response has expired and no objections were filed or served thereto. Therefore, based upon the |
| 3 | Motion, the CNO, the record in the Reorganization Case before the Home Court, and the record |
| 4 | before the Court in this adversary proceeding, and good cause appearing, |
| 5 | **IT IS HEREBY ORDERED** that: |
| 6 | A. The Motion is hereby granted in its entirety; and |
| 7 | B. Pursuant to 28 U.S.C. § 1412, the foregoing adversary proceeding is hereby |
| 8 | transferred to the United States Bankruptcy Court for the District of New Mexico. |
| 9 | **DATED AND SIGNED AS INDICATED ABOVE.** |