# U.S. Bankruptcy Court
# District of Arizona (Phoenix)
# Adversary Proceeding #: 2:14−ap−00109−EPB

*Assigned to:* Judge Eddward P. Ballinger Jr.  *Date Filed:* 02/06/14
Show Associated Cases  *Date Terminated:* 03/21/14

*Demand:*
  *Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*
−−−−−−−−−−−−−−−−−−−−−−−−−
**Alfred A. Moya**            represented  **JOHN MANLY**
c/o Robert E. Pastor             by        MANLY &STEWART
Montoya, Jiminez &Pastor, P.A.             19100 VON KARMAN AVE., #800
3200 N. Central Ave.                       IRVINE, CA 92612
Suite 2550                                 Email: jmanly@manlystewart.com
Phoenix, AZ 85012                          *LEAD ATTORNEY*

                                           **ROBERT E. PASTOR**
                                           MONTOYA, JIMENEZ &PASTOR, P.A.
                                           3200 N. CENTRAL AVE., #2550
                                           PHOENIX, AZ 85012
                                           Email: repastor@mjpattorneys.com
                                           *LEAD ATTORNEY*

V.

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−−−
**Roman Catholic Church of the**  represented  **SUSAN G BOSWELL**
**Diocese of Gallup**                by       QUARLES &BRADY LLP
c/o Susan G. Boswell                          ONE SOUTH CHURCH AVENUE
Quarles &Brady LLP                            SUITE 1700
One South Church Ave.                         TUCSON, AZ 85701−1621
Suite 1700                                    520−770−8713
Tucson, AZ 85701                              Fax : 520−770−2222
                                              Email: susan.boswell@quarles.com

                                              **LORI L. WINKELMAN**
                                              QUARLES &BRADY LLP
                                              ONE RENAISSANCE SQUARE
                                              2 N. CENTRAL AVENUE
                                              PHOENIX, AZ 85004−2391
                                              602−229−5452
                                              Fax : 602−420−5033
                                              Email: lori.winkelman@quarles.com

*Defendant*

| | |
|---|---|
| The Roman Catholic Church of the Archdiocese of Santa Fe<br>c/o Keith Ricker<br>Manning &Kass<br>Ellrod, Ramirez, Trester, LLP<br>6909 E. Greenway Pkwy., #200<br>Scottsdale, AZ 85254 | represented by **KEITH RICKER**<br>MANNING, KASS, ELLROD, RAMIREZ, TRESTER<br>6909 E. GREENWAY, SUITE 200<br>SCOTTSDALE, AZ 85254<br>480−477−5269<br>Email: krr@manningllp.com<br>*LEAD ATTORNEY* |

*Defendant*

| | |
|---|---|
| **The Roman Catholic Church of the Diocese of Corpus Christi** | represented by **The Roman Catholic Church of the Diocese of Corpus Christi**<br>PRO SE |

*Defendant*

| | |
|---|---|
| **Our Lady of Guadalupe Church &Parish** | represented by **Our Lady of Guadalupe Church &Parish**<br>PRO SE |

*Defendant*

| | |
|---|---|
| **The Estate of Father Clement A. Hageman** | represented by **The Estate of Father Clement A. Hageman**<br>PRO SE |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/06/2014 | | Adversary Proceeding Opened. (BOSWELL, SUSAN) (Entered: 02/06/2014) |
| 02/06/2014 | 1 | Notice of Removal (Fee Due) filed by SUSAN G BOSWELL of QUARLES &BRADY LLP on behalf of Roman Catholic Church of the Diocese of Gallup. (BOSWELL, SUSAN) (Entered: 02/06/2014) |
| 02/06/2014 | | Receipt of Notice of Removal(2:14−ap−00109) [notice,734] ( 293.00) Filing Fee. Receipt number 22519542. Fee amount 293.00. (U.S. Treasury) (Entered: 02/06/2014) |
| 02/07/2014 | 2 | Motion to Transfer Case filed by SUSAN G BOSWELL of QUARLES &BRADY LLP on behalf of Roman Catholic Church of the Diocese of Gallup. (BOSWELL, SUSAN) (Entered: 02/07/2014) |
| 02/11/2014 | 3 | Motion to Consolidate Adversary Proceedings filed by LORI L. WINKELMAN of QUARLES &BRADY LLP on behalf of Roman Catholic Church of the Diocese of Gallup. (WINKELMAN, LORI) (Entered: 02/11/2014) |
| 02/11/2014 | 4 | Notice of Lodging Proposed Order *Granting Motion to Consolidate Related Adversary Proceedings* filed by LORI L. WINKELMAN of QUARLES &BRADY LLP on behalf of Roman Catholic Church of |

| | | | |
|---|---|---|---|
| | | | the Diocese of Gallup (related document(s)3 Motion to Consolidate Adversary Proceedings). (WINKELMAN, LORI) (Entered: 02/11/2014) |
| 02/18/2014 | | 5 | Notice of Hearing on an Adversary. (related document(s)3 Motion to Consolidate Adversary Proceedings) Hearing set for 3/18/2014 at 02:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (EPB) . (Davis, Lorraine) (Entered: 02/18/2014) |
| 02/18/2014 | | 6 | BNC Certificate of Notice (related document(s)5 Notice of Hearing on an Adversary) (Admin.) (Entered: 02/20/2014) |
| 03/05/2014 | | 7 | Certificate of Service and No Objections *re: Motion to Transfer Venue* filed by LORI L. WINKELMAN of QUARLES &BRADY LLP on behalf of Roman Catholic Church of the Diocese of Gallup. (related document(s)2 Motion to Transfer Case) (WINKELMAN, LORI) (Entered: 03/05/2014) |
| 03/05/2014 | | 8 | Notice of Lodging Proposed Order *Granting Motion to Transfer Venue and Vacating Hearing Scheduled for March 18, 2014* filed by LORI L. WINKELMAN of QUARLES &BRADY LLP on behalf of Roman Catholic Church of the Diocese of Gallup (related document(s)2 Motion to Transfer Case). (WINKELMAN, LORI) (Entered: 03/05/2014) |
| 03/10/2014 | | 9 | Notice of Filing *Superior Court Pleadings Pursuant to Fed. R. Bankr. P. 9027(e)(2)* filed by LORI L. WINKELMAN of QUARLES &BRADY LLP on behalf of Roman Catholic Church of the Diocese of Gallup (Attachments: # 1 Exhibit − Superior Court Pleadings (1 of 17) # 2 Exhibit − Superior Court Pleadings (2 of 17) # 3 Exhibit − Superior Court Pleadings (3 of 17) # 4 Exhibit − Superior Court Pleadings (4 of 17) # 5 Exhibit − Superior Court Pleadings (5 of 17) # 6 Exhibit − Superior Court Pleadings (6 of 17) # 7 Exhibit − Superior Court Pleadings (7 of 17) # 8 Exhibit − Superior Court Pleadings (8 of 17) # 9 Exhibit − Superior Court Pleadings (9 of 17) # 10 Exhibit − Superior Court Pleadings (10 of 17) # 11 Exhibit − Superior Court Pleadings (11 of 17) # 12 Exhibit − Superior Court Pleadings (12 of 17) # 13 Exhibit − Superior Court Pleadings (13 of 17) # 14 Exhibit − Superior Court Pleadings (14 of 17) # 15 Exhibit − Superior Court Pleadings (15 of 17) # 16 Exhibit − Superior Court Pleadings (16 of 17) # 17 Exhibit − Superior Court Pleadings (17 of 17)). (WINKELMAN, LORI) (Entered: 03/10/2014) |
| 03/12/2014 | | 10 | Notice of Hearing on an Adversary. Hearing set for 3/18/2014 at 02:30 PM at 230 N. First Ave., 7th Floor, Courtroom 703, Phoenix, AZ (EPB) . (Davis, Lorraine) (Entered: 03/12/2014) |
| 03/12/2014 | | 11 | BNC Certificate of Notice (related document(s)10 Notice of Hearing on an Adversary) (Admin.) (Entered: 03/14/2014) |
| 03/18/2014 | | 12 | PDF with attached Audio File. Court Date &Time [ 03/18/2014 02:30 PM ]. File Size [ 930 KB ]. Run Time [ 00:01:59 ]. (vCal Hearing ID (1259983)).(Bennink, Selvina). (Entered: 03/19/2014) |
| 03/18/2014 | | 13 | **Minutes of Hearing held on: 03/18/2014**<br>**Subject:** MOTION TO CONSOLIDATE RELATED ADVERSARY PROCEEDINGS FILED BY DEFENDANT (Case Nos. 2:14−ap−00110−DPC; 2:14−ap−00112−RJH; |

| | | | |
|---|---|---|---|
| | | | 2:14−ap−00113−EPB; 2:14−ap−00114−EWH;2:14−ap−00115−SSC; 2:14−ap−00116−BMW; 2:14−ap−00118−GBN; 2:14−ap−00119−RJH; 2:14−ap−00120−GBN; 2:14−ap−00121−DPC; 2:14−ap−00122−BMW; and 2:14−ap−00123−SSC) AND MOTION TO TRANSFER VENUE TO THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF NEW MEXICO REGARDING (Case Nos. 2:14−ap−00110−DPC; 2:14−ap−00112−RJH; 2:14−ap−00113−EPB; 2:14−ap−00114−EWH; :14−ap−00115−SSC; 2:14−ap−00116−BMW; 2:14−ap−00118−GBN; 2:14−ap−00119−RJH; 2:14−ap−00120−GBN; 2:14−ap−00121−DPC; 2:14−ap−00122−BMW; and 2:14−ap−00123−SSC). (vCal Hearing ID (1259983)). (related document(s)3) (Aguilar, Annette) (Entered: 03/19/2014) |
| 03/19/2014 | | 14 | Notice of Lodging Proposed Order *Granting Motion to Transfer Venue* filed by LORI L. WINKELMAN of QUARLES &BRADY LLP on behalf of Roman Catholic Church of the Diocese of Gallup (related document(s)2 Motion to Transfer Case).(WINKELMAN, LORI) (Entered: 03/19/2014) |
| 03/21/2014 | | 15 | **ORDER** Granting Motion to Consolidate Adversary Proceedings (Related Doc # 3) signed on 3/21/2014 . (Kelly, Margaret) (Entered: 03/21/2014) |
| 03/21/2014 | | 16 | **ORDER** Transferring Adversary Out of District signed on 3/21/2014 (related document(s)2 Motion to Transfer Case) . (Kelly, Margaret) (Entered: 03/21/2014) |
| 03/21/2014 | | 17 | BNC Certificate of Notice − PDF Document (related document(s)15 Order on Motion to Consolidate Adversary Proceedings) (Admin.) (Entered: 03/23/2014) |