UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH
OF THE DIOCESE OF GALLUP,   Case No. 13-13676-t11

    Debtor.

Jointly administered with:

BISHOP OF THE ROMAN CATHOLIC
CHURCH OF THE DIOCESE OF GALLUP,

    Debtor.

ALFRED A. MOYA, a single man,

    Plaintiff,

v.   Case No. 14-01034 T

THE ROMAN CATHOLIC CHURCH OF THE
DIOCESE OF GALLUP, a corporation sole; THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE
OF SANTA FE, a corporation sole; THE ROMAN CATHOLIC
CHURCH OF THE DIOCESE OF CORPUS CHRISTI, a
Corporation sole; OUR LADY OF GUADALUPE CHURCH &
PARISH, an Arizona corporation; THE ESTATE OF FATHER
CLEMENT A. HAGEMAN, deceased; JOHN DOE 1-100;
JANE DOE 1-100; and BLACK & WHITE CORPORATIONS 1-100.

    Defendants.

## NOTICE OF STATUS CONFERENCE

    Notice is hereby given that a Status Conference will be held on **April 14, 2014, at 10:00 a.m. Mountain Daylight Time** before the Hon. David T. Thuma in Judge Thuma's Hearing Room, D. Chavez Federal Bldg. & United States Courthouse, 500 Gold Avenue SW, Room 13102, Albuquerque, New Mexico.

    Parties in interest may participate in person or by telephone. Those wishing to appear by telephone must call **Court Call at (866) 582-6878** not later than 12:00 p.m. on April 11, 2014.

Court Call will provide counsel with written confirmation of a telephonic appearance, and give counsel a number to call to make the telephonic appearance. It is counsel's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. Court Call does not place a call to counsel. The initial charge per participant for a Court Call appearance is $25 for the first 45 minutes you are connected. For each additional 15 minute increment the charge is $6.50. If you do not timely call and connect with the Court Call operator, you will be billed for the call and the hearing may proceed in your absence.

BY ORDER OF THE COURT
Norman H. Meyer, Clerk
United States Bankruptcy Court
District of New Mexico
P.O. Box 546
Albuquerque, New Mexico 87103-0546
Telephone (505) 348-2500

Entered on Docket: March 27, 2014

Copies to:

Susan G. Boswell
Quarles & Brady LLP
One S. Church Ave., Suite 1700
Tucson, Arizona 85701

Thomas D. Walker
Walker & Associates, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102

John Manly
19100 Von Karman, Ave, #800
Irvine, CA 92612

Robert E. Pastor
3200 N. Central Ave. , #2550
Phoenix, AZ 85012

James I. Stang
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

U.S. Trustee

P.O. Box 608
Albuquerque, NM 87103